# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-0245

———————————————

BRIDGEFIELD CASUALTY
INSURANCE,

    Appellant,

    v.

FERMIN OLGUIN,

    Appellee.

———————————————

On appeal from the Office of the Judges of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident:  November 18, 2020.

January 14, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellant.

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellee.